**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KIARA SIBERT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-cv-01179-LKG |
| | ) | |
| v. | ) | Dated:  November 14, 2022 |
| | ) | |
| PROGRESSIVE SELECT INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>AMENDED SCHEDULING ORDER</u>

On October 25, 2022, the parties filed a joint status report in which they request modifications to the discovery deadlines as set forth in the Court's August 21, 2022, Scheduling Order.  ECF No. 31.

In light of the foregoing, and for good cause shown, the Court **MODIFIES** the Scheduling Order, dated August 21, 2022, as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) expert disclosures | **December 23, 2023** |
| Defendant's Rule 26(a)(2) expert disclosures | **January 23, 2023** |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | **February 7, 2023** |
| Rule 26(e)(2) supplementation of disclosures and responses | **February 14, 2023** |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | **March 7, 2023** |
| Requests for admission | **March 14, 2023** |
| Notice of Intent to File a Pretrial Dispositive Motion | **April 4, 2023** |

Plaintiff's Motion for Class Certification          **July 28, 2023**

Defendant's Opposition                              **October 6, 2023**

Plaintiff's Reply in Support                        **November 20, 2023**

**IT IS SO ORDERED.**


s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge