**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KIARA SIBERT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE SELECT INSURANCE COMPANY, an Ohio corporation,<br><br>    Defendant. | Case No. 1:22-cv-01179 |

**DEFENDANT'S REQUEST FOR HEARING ON PLAINTIFF'S**
**MOTION FOR CLASS CERTIFICATION**

Pursuant to Local Rule 105(6). Defendant Progressive Select Insurance Company ("Progressive"), by and through its undersigned counsel, hereby requests a hearing on Plaintiff's Motion for Class Certification, ECF 58.

Dated January 19, 2024.                Respectfully submitted by,

*/s/ Jeffrey S. Cashdan*

**KING & SPALDING LLP**

Taylor T. Lankford (Bar No. 20169)
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
tlankford@kslaw.com

Jeffrey S. Cashdan (pro hac vice)
Zachary A McEntyre (pro hac vice)
James Matthew Brigman (pro hac vice)
Allison Hill White (pro hac vice)
Logan R. Hobson (pro hac vice)
Allexia Bowman Arnold (pro hac vice)
1180 Peachtree Street, N.E.

Suite 1600
Atlanta, GA 30309
404-572-3584
Fax: 404-572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com
awhite@kslaw.com
lhobson@kslaw.com
aarnold@kslaw.com

Julia C. Barrett (pro hac vice)
500 W. 2nd Street
Suite 1800
Austin, TX 78701
512-457-2053
jbarrett@kslaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date, January 19, 2024, I electronically filed the foregoing with the Clerk of the Court via the Court's CM/ECF system, which will provide electronic mail notice to all counsel of record.

<u>*/s/ Jeffrey S. Cashdan*</u>