# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIARA SIBERT, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PROGRESSIVE SELECT INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | Case No. 1:22-cv-01179<br>Judge Lydia Kay Griggsby |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR STAY

This matter comes before the Court on Defendant Progressive Select Insurance Company's Motion to Stay all deadlines in this case pending a ruling from the U.S. Court of Appeals for the Fourth Circuit in a related case, *Progressive Direct Ins. Co. v. Freeman*, No. 24-1684 (4th Cir. 2024) (the "*Freeman* Appeal"). Having considered the Motion, and the arguments of counsel, and for good cause shown, the Motion to Stay is **GRANTED**.

**IT IS HEREBY ORDERED** on this ___ day of _____ 2024, that a stay shall issue as to all deadlines in this matter pending the resolution of the *Freeman* Appeal.

**IT IS FURTHER ORDERED** that the parties will file a joint proposed schedule for the remainder of the case deadlines, if necessary, no more than ten (10) days after the Fourth Circuit Court of Appeals issues its opinion in the *Freeman* Appeal.

**SO ORDERED** this ___ day of _____.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Lydia Kay Griggsby